AO ___                    Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

_____ Eastern _____ District of _____ Arkansas _____

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) based on USSG 821 |
| **V.** |  |
| Hopper, Rex | Case Number:  4:19-cr-00318-01-JJV |
|  | USM Number:  13709-025 |
| **Date of Original Judgment:**  8/12/2019 | Sonia Fonticiella |
| **(Or Date of Last Amended Judgment)** | Defendant's Attorney at Sentencing |

Upon motion of  ☐ the defendant  ☐ the Director of the Bureau of Prisons    X the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.
    X GRANTED and the defendant's previously imposed sentence of imprisonment of
      2_____ months is reduced to  1 month_____ .

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level(Prior to
Departure/Variance/Rule 35): 4_____    Amended Offense Level: 4_____
      Criminal History Category: IV_____    Criminal History Category: III_____
Previous Guideline Range: 2___ to 8___ months    Amended Guideline Range: 0___ to 6___ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant
    at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____ .

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Sentence is consecutive to sentence in S.D. Illinois, No. 17-CR-40034

Except as provided above, all provisions of the judgment dated 8/12/2019 shall remain in effect.

**IT IS SO ORDERED.**

| | |
|---|---|
| 11/28/2023_____ | Joseph J Volpe    Digitally signed by Joseph J Volpe<br>Date: 2023.11.28 13:31:50 -06'00' |
| Order Date | Signature of Judge |
| February 1, 2024_____ | U.S. Magistrate Judge Joseph J. Volpe |
| Effective Date (if delayed) | Name and Title of Judge |